**FILED**
JAN 20 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06 CR 020-A |
| | ) | [21 USC 846; 18 USC 924(c)(1); |
| JOHN WARREN JOHNSON | ) | 26 USC 5861(d)] |
| aka JOHNNY JOHNSON | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

That from an unknown date, and continuing thereafter up to April 28, 2004, the exact dates being unknown to the Grand Jury, in Houston County, within the Middle District of Alabama, and elsewhere, defendant

**JOHN WARREN JOHNSON**
**aka JOHNNY JOHNSON,**

did knowingly and intentionally conspire, combine and agree together with Jorge Gomez, Al Wakeel Daniels and other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute, 29.18 grams of 3,4-Methylenedioxymethamphetamine, commonly known as ecstasy, a Schedule I Controlled Substance, and 48.13 kilograms of marijuana, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about April 28, 2004, in Houston County, Alabama, in the Middle District of Alabama, defendant

**JOHN WARREN JOHNSON**
**aka JOHNNY JOHNSON,**

did knowingly use and carry during and in relation to, and did knowingly possess in furtherance of a drug trafficking crime as set forth in Count 1 above, which allegations the Grand Jury reallege and incorporate by reference herein, for which the defendant may be prosecuted in a Court of the United States, a stolen firearm as defined by Title 26, United States Code, Section 5845(d), namely, a

Remington Model 870, Wingmaster, 12 gauge shotgun, Serial Number V473978V, whose barrel length is less than 18 inches and whose overall length is less than 26 inches; a General Motors, M1, .30 caliber rifle, Serial Number 751956; and a KBI, Model PJK-9HP, 9mm, pistol, Serial Number YG06243. All in violation of Title 18, United States Code, Sections 2 and 924(c)(1).

### COUNT 3

On or about April 28, 2004, in Houston County, within the Middle District of Alabama, defendant

JOHN WARREN JOHNSON
aka JOHNNY JOHNSON,

knowingly received and possessed a stolen firearm as defined by Title 26, United States Code, Section 5845(d), to-wit: a Remington Model 870, Wingmaster, 12 gauge shotgun, Serial Number V473978V, whose barrel length is less than 18 inches and whose overall length is less than 26 inches, which was not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant U.S. Attorney

2