IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-20-WHA |
| | ) | |
| JOHN WARREN JOHNSON | ) | |
| aka JOHNNY JOHNSON | | |

RECEIVED
2006 APR 20  P 4: 29

## MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and moves the Court for leave to dismiss the Indictment heretofore filed on January 20, 2006, in the above-styled cause as to John Warren Johnson, aka Johnny Johnson, on the following grounds, to-wit:

In the interest of justice.

DATE: 4/20/06

_Susan R Redmore_
Assistant United States Attorney

## ORDER

Upon consideration of the Motion for Leave to Dismiss Indictment heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this 24th day of April, 2006.

_W. Keith Watkins_
UNITED STATES DISTRICT JUDGE

## DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on January 20, 2006, in the above-styled cause as to John Warren Johnson, aka Johnny Johnson.

_Susan R Redmore_
Assistant United States Attorney

SCANNED
4